■ In the Matter of WILLIAM R. STORRS, SR., Appellant, v TAMMY J. HEARTON, Respondent. [855 NYS2d 410]—Appeal from an order of the Family Court, Ontario County (Frederick G. Reed, J.), entered September 14, 2006 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for a modification of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.